# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
January 20, 2023

Lyle W. Cayce
Clerk

No. 22-30300

JEREMY LYNN ORR,

*Petitioner—Appellant*,

*versus*

UNITED STATES OF AMERICA; FEDERAL BUREAU OF PRISONS;
WARDEN MA'AT,

*Respondents—Appellees*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:22-CV-184

Before WIENER, ELROD, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:*

Petitioner-Appellant Jeremy Lynn Orr, federal prisoner # 33617-045, seeks leave to appeal *in forma pauperis* from the dismissal of his 28 U.S.C. § 2241 petition. Because Orr has not identified any error in the district court's reasoning or shown that his appeal involves "legal points arguable on their

---

* This opinion is not designated for publication. See 5TH CIR. R. 47.5.

No. 22-30300

merits (and therefore not frivolous)," his petition is DENIED. *See Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983) (citation omitted).

Because Orr has not raised a viable § 2241 claim, there was no error in the district court's denial of his motion for appointed counsel. *See* 18 U.S.C. § 3006A(a)(2)(B). His motion for appellate counsel is therefore also DENIED.

This frivolous appeal is DISMISSED. *See* 5th Cir. R. 42.2.